No. 13, Original. TEXAS *v.* NEW JERSEY ET AL. On a motion for leave to file a bill of complaint. The defendants are directed to file, on or before June 1st, a response, or responses, to the prayers for temporary injunctions contained in Paragraphs 3 and 4 of the motion for leave to file the bill of complaint. *Will Wilson,* Attorney General of Texas, and *Henry G. Braswell,* Assistant Attorney General, for the State of Texas, plaintiff.

No. 602, Misc. CHAAPEL *v.* COCHRAN, CORRECTIONS DIRECTOR. This motion for leave to file an application for a writ of habeas corpus is hereby transferred "for hearing and determination" to the United States District Court for the Southern District of Florida. 28 U. S. C. § 2241 (b); Rule 31 (5), Revised Rules of the Supreme Court of the United States (1954); *Ex parte Abernathy,* 320 U. S. 219. MR. JUSTICE WHITE took no part in the consideration or disposition of this motion.

No. 1119, Misc. EX PARTE SCHLETTE. Motion for leave to file petition for writ of habeas corpus denied.

No. 1040, Misc. GEORGE *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA. Motion for leave to file petition for writ of mandamus denied.

No. 809. FAY, WARDEN, ET AL. *v.* NOIA. C. A. 2d Cir. Certiorari granted. *Edward S. Silver* and *William I. Siegel* for petitioners. *Leon B. Polsky* for respondent. *Louis J. Lefkowitz,* Attorney General of New York, filed

a brief as *amicus curiae* (*Joseph J. Rose,* Assistant Attorney General, of counsel) in support of the petition.

No. 819. EDWARDS ET AL. *v.* SOUTH CAROLINA. Supreme Court of South Carolina. Certiorari granted. *Jack Greenberg, Constance Baker Motley, James M. Nabrit III, Matthew J. Perry, Lincoln C. Jenkins, Jr.* and *Donald James Sampson* for petitioners. *Daniel R. McLeod,* Attorney General of South Carolina, *Everett N. Brandon,* Assistant Attorney General, and *J. C. Coleman, Jr.* for respondent.

No. 754. WISCONSIN ET AL. *v.* FEDERAL POWER COMMISSION ET AL.;

No. 755. CALIFORNIA ET AL. *v.* FEDERAL POWER COMMISSION ET AL.; and

No. 756. LONG ISLAND LIGHTING CO. ET AL. *v.* FEDERAL POWER COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *John W. Reynolds,* Attorney General of Wisconsin, *Roy G. Tulane,* Assistant Attorney General, *William E. Torkelson, Kent H. Brown, Barbara M. Suchow* and *Morton L. Simons* for petitioners in No. 754. *William M. Bennett* and *John T. Murphy* for petitioners in No. 755. *David K. Kadane, Bertram D. Moll, Vincent P. McDevitt, Samuel Graff Miller, J. David Mann, Jr., William W. Ross* and *John E. Holtzinger, Jr.* for petitioners in No. 756. *Solicitor General Cox, Assistant Attorney General Orrick, John G. Laughlin, Jr., Kathryn H. Baldwin, Ralph S. Spritzer, Howard E. Wahrenbrock* and *Arthur H. Fribourg* for the Federal Power Commission, and *Charles E. McGee, Lambert McAllister* and *Kenneth Heady* for Phillips Petroleum Co., respondents. Reported below: 112 U. S. App. D. C. 369, 303 F. 2d 380.